UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AARON MCDONALD,

    Petitioner,

Case No. 08-10842

v.

Honorable Patrick J. Duggan

CINDI CURTIN,

    Respondent.
_____/

## JUDGMENT

Petitioner, a Michigan prisoner, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his conviction following a guilty plea in 2004 to two counts of Criminal Sexual Conduct in the First Degree in violation of Michigan Compiled Laws § 750.520b. In an Opinion and Order issued on this date, the Court concluded that Petitioner is not entitled to habeas relief.

Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED**, that Petitioner application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE**.

DATE: August 3, 2010    PATRICK J. DUGGAN
                                        UNITED STATES DISTRICT JUDGE

Copies to:
Aaron McDonald, #517417
Newberry Correctional Facility
3001 Newberry Avenue
Newberry, MI 49868

Raina Korbakis, Assistant Attorney General